### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

ISNAYDER ALCY,

      Plaintiff,

Vs.

WALMART INC., a Foreign Corporation,

      Defendant.
_____/

### COMPLAINT

COMES NOW, the Plaintiff, ISNAYDER ALCY, by and through the undersigned counsel, hereby sues and brings this action against the Defendant, WALMART, INC., and as grounds thereof would state as follows:

1. This is an action for damages in excess of $30,000.00 exclusive of all attorneys fees, interest and costs.

2. At times material hereto, the Plaintiff, ISNAYDER ALCY, was and is a resident of Broward County, Florida and over the age of eighteen (18) years.

3. At times material hereto, the Defendant, WALMART, INC., is a foreign corporation conducting business in the State of Florida and was in the business of owning and operating retail locations in Broward County, Florida.

4. On or about January 23, 2020, the Defendant owned, controlled, managed and/or maintained the premises at the Walmart, located at 2500 Broward Blvd., Fort Lauderdale, Florida, and as such, had a duty to Plaintiff to keep said premises and all merchandise on said premises in a reasonably safe condition.

EXHIBIT "A"

5. On or about January 23, 2020, the Plaintiff, ALCY, was lawfully upon the afore-described premises as a customer of the Walmart location.

6. At said time and place, Plaintiff, went into the Defendant's location to shop when he was caused to slip and fall as a result of a foreign or transitory substance on the floor in one of the shopping aisles, believed to be aisle 10.

7. The Defendants were careless and negligent in that they:

    (a) did not keep the premises in a reasonable safe condition;

    (b) did not exercise reasonable and/or proper care of the premises and all equipment/merchandise on said premises;

    (c) caused a dangerous and hazardous condition to exist;

    (d) allowed a nuisance to exist;

    (e) failed to provide proper safeguards and/or warnings;

    (f) failed to exercise reasonable care in the maintenance, inspection, repair, warning or mode of operation of the premises and all equipment/merchandise on said premises;

    (g) had notice, or should have had notice, of said dangerous condition and failed to exercise reasonable care in the maintenance, inspection, and repair of the premises which caused the Plaintiff to be injured.

8. The negligent condition was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

9. As a result of the Defendant's breach of these duties, the Plaintiff, ALCY, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical care

and treatment, loss of earnings and/or the aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

10. The Plaintiff demands a trial by jury as to all issues triable as of right by jury.

WHEREFORE, the Plaintiff, ALCY, demands judgment against the Defendant, WALMART, INC., for his damages, costs and interest, and for such other and further relief as the Court may deem just and proper.

DATED:  September 9, 2021

By:  /s/ Jason T. Corsover
JASON T. CORSOVER, ESQ.
Attorney for the Plaintiff
Law Office of Jason T. Corsover, PA
950 S. Pine Island Road
Plantation, Florida 33324
Tel: (954) 727-8285
Fax: (954) 727-8283
FBN: 0189472
E-Mail: JCorsover@yahoo.com